IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01048-RPM-BNB

NOLA KIRK,

Plaintiff,

v.

RAY MOTEL, a Colorado corporation,
ED BLOHM, individually,
NANCY BLOHM, individually, and
DOES 1-V, individually,

Defendants.
_____

## ORDER
_____

The parties appeared today for a scheduling conference.  Although the order of reference from the district judge excludes the final pretrial conference, I erroneously set the matter for a final pretrial conference before me on July 10, 2006.

IT IS ORDERED that the pretrial conference set before me on July 10, 2006, is VACATED.  A final pretrial conference will be set by the district judge.

Dated September 2, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge