IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01048-RPM-BNB

NOLA KIRK,

Plaintiff,

v.

RAY MOTEL, a Colorado corporation,
ED BLOHM, individually,
NANCY BLOHM, individually, and
DOES 1-V, individually,

Defendants.
_____

## ORDER
_____

This matter is before me on the **Plaintiff's Motion for Leave to File Amended Complaint (Unopposed)** (the "Motion to Amend"), filed September 20, 2005.

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to mark as filed the Amended Complaint submitted with the Motion to Amend. The defendants shall respond to the Amended Complaint on or before **October 3, 2005**.

Dated September 20, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge