IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01048-RPM-BNB

NOLA KIRK,

Plaintiff,

v.

RAY MOTEL, a Colorado corporation,
ED BLOHM, individually,
NANCY BLOHM, individually, and
DOES 1-V, individually,

Defendants.
_____

**ORDER**
_____

This matter is before me on the parties' **Stipulated Motion to Amend Scheduling Order (Unopposed)** (the "Motion"), filed September 28, 2005.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the parties shall file an Amended Scheduling Order containing the requested amendments on or before **October 21, 2005**.

Dated October 14, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge