IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01048-RPM-BNB

NOLA KIRK,

      Plaintiff,

v.

RAY MOTEL, a Colorado Corporation,
ED BLOHM, individually and
NANCY BLOHM, individually, and
DOES I-V, individually,

      Defendants.

---

## ORDER REASSIGNING PRETRIAL MATTERS TO MAGISTRATE JUDGE

---

Upon the suggestion of Magistrate Judge Boyd N. Boland, it is

ORDERED that this case is reassigned to Magistrate Judge Gudrun J. Rice to conduct

pretrial proceedings, including a settlement conference.

Dated:   October 17th, 2005

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge