**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 05-cv-01048-RPM-BNB**

**NOLA KIRK,**

**Plaintiff,**

**vs.**

**RAY MOTEL, a Colorado corporation;
ED BLOHM, individually;
NANCY BLOHM, individually; and
DOES I-V, individually,**

**Defendants.**

---

## ORDER
---

This matter, having been reassigned to the undersigned to conduct pretrial proceedings, including a settlement conference, is set for a status conference before Magistrate Judge Gudrun Rice on Tuesday, November 29, 2005 at 3:30 p.m. at the United States District Court (Room 323) in Grand Junction, Colorado. Counsel only need appear.

Dated this 21st day of November, 2005.

BY THE COURT:

/s/ Gudrun Rice

Gudrun Rice
United States Magistrate Judge