IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1048-RPM-BNB

NOLA KIRK,

    Plaintiff,

v.

RAY MOTEL, a Colorado corporation,
ED BLOHM, individually and
NANCY BLOHM, individually, and
DOES I - V, individually,

    Defendants.

---

**ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**

---

THIS MATTER came before the Court on the Joint Motion and Stipulation for Dismissal of Complaint with Prejudice, and the Court being advised in the premises therefor that the parties have entered into a settlement agreement,

DOES ORDER that the Complaint be, and the same hereby is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 2nd day of March, 2006.

BY THE COURT

_/s/ Richard P. Matsch_
United States District Court Judge